UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-11582-AS | Date | October 26, 2026 |
| Title | Ivory Paynes v. Devante McCreary, et al. | | |

| | |
|---|---|
| Present: The Honorable | Alka Sagar, United States Magistrate Judge |

| | |
|---|---|
| Alma Felix | |
| Deputy Clerk | Court Smart / Recorder |
| Attorney Present for Plaintiff: | Attorney Present for Defendants: |
| None present | None present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On September 1, 2026, the parties filed a notice of settlement. (Dkt. No. 49). The next day, the Court issued an Order directing the parties to file a stipulation for dismissal of this case by no later than October 2, 2026. (Dkt. No. 50). To date, the parties have failed to file it.

For this reason, Plaintiff is ORDERED TO SHOW CAUSE in writing, within fourteen (14) days of the date of this Order, why this case should not be dismissed without prejudice for failure to obey a court order. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**